UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

◇◇◇◇◇◇◇◇◇◇◇◇◇◇◇◇◇◇◇◇◇◇◇◇◇◇◇◇◇◇◇◇◇◇◇◇◇◇◇◇◇◇◇◇◇◇

**Willie Morris, also known as Willie F. Morris,**

**Plaintiff,**

**-v-**  5:16-CV-601 (NAM/TWD)

**Jason Martin, Police Officer, sued in individual capacity; Jason Seward, Police Officer, sued in individual capacity; David Soares, District Attorney, sued in individual capacity; Steve Korkoff, Chief of Police, sued in individual and official capacity; City of Albany, sued in individual and official capacity; and County of Albany, sued in individual and official capacity,**

**Defendants.**

◇◇◇◇◇◇◇◇◇◇◇◇◇◇◇◇◇◇◇◇◇◇◇◇◇◇◇◇◇◇◇◇◇◇◇◇◇◇◇◇◇◇◇◇◇◇

APPEARANCES:

Willie Morris
14-A-0894
Upstate Correctional Facility
P.O. Box 2001
Malone, New York 12953
Plaintiff, *pro se*

The Rehfuss Law Firm, P.C.
Abigail W. Rehfuss, Esq., of counsel
Stephen J. Rehfuss, Esq., of counsel
40 British American Blvd.
Latham, New York 12110
Attorneys for Defendants

**Hon. Norman A. Mordue, Senior U.S. District Judge:**

### MEMORANDUM-DECISION AND ORDER

On January 5, 2017, United States Magistrate Judge Thérèse Wiley Dancks issued an

Order and Report-Recommendation (Dkt. No. 27) upon initial review of plaintiff's *pro se*

amended complaint recommending that the amended complaint be dismissed with prejudice as

against District Attorney Soares and Albany County, and allowed to proceed against the remaining defendants. On January 20, 2017, plaintiff filed an objection (Dkt. No. 32). On February 21, 2017, defendants Jason Martin, Jason Seward, Steve Korkoff, and the City of Albany moved (Dkt. No. 34) for dismissal for failure to state a claim. This motion, however, is premature, inasmuch as the Court has not yet issued its decision accepting, rejecting, or modifying the Order and Report-Recommendation.

It is therefore

ORDERED that the motion (Dkt. No. 34) for dismissal by defendants Jason Martin, Jason Seward, Steve Korkoff, and the City of Albany is denied without prejudice to renewal after the Court issues its decision on the Order and Report-Recommendation; and it is further

ORDERED that the Clerk of the Court is directed to serve copies of this Memorandum-Decision and Order in accordance with the Local Rules of the Northern District of New York.

IT IS SO ORDERED.

Date: March 17, 2017
Syracuse, New York

Norman A. Mordue
Senior U.S. District Judge