**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF NEW YORK**

PRO BONO FUND VOUCHER
AND REQUEST FOR REIMBURSEMENT

I, Kimberly J. Campbell, duly appointed as counsel pro bono to

represent Willie Morris in the matter of

Willie Morris v. Jason Martin, et al.

Civil Action No. 5:16-CV-601, hereby request reimbursement pursuant to Local Rule 83.3

for expenses incurred in the representation of my pro bono client in the amount of $ 5,043.79

I certify that the expenses, a detailed copy of which are attached hereto, are reasonable

and necessary. I further understand that absent prior approval of the court, cumulative expenses

in this matter will not exceed $2,000.00.

Dated: 4/27/22.

Counsel Pro Bono (Signature): _Kimberly J. Campbell_

The above application of counsel pro bono is fair and reasonable and payment is
requested from the Northern District of New York's Pro Bono Fund.

Dated: 4/28/2022.

Presiding Judge (Signature): _____

**IT IS SO ORDERED.**

Dated: May 9, 2022.

_____
Chief U.S. District Judge



# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF NEW YORK

### Pro Bono Authorization Request

**Attorney(s) Name:** T. Andrew Brown, Esq. & Kimberly J. Campbell, Esq.

**Case Number/Party Represented:** 5:16 - CV - 0601 / Willie Morris

☑ **Authorization Request for expenses in excess of $500.00**

Explanation:

Attorneys are located in Rochester, NY. The case was moved to Albany and the attorneys needed overnight accommodations greatly increasing the expenses. The Trial lasted a week. Food and Lodging for two was exceeding the limits.

☑ **Authorization Request for voucher in excess of $2,000.00**

Explanation:

See above

☑ **Travel Authorization Request**

Provide justification for travel and a list of estimated travel expenses:

See above

The above Authorization Request for travel expenses, expenses in excess of $500.00 or voucher in excess of $2,000.00 is hereby APPROVED.

Presiding Judge (Signature): _____

Dated: _____4/28/22_____

*Please email Authorization Request to the "Courtroom Deputy" of presiding Judge
*A copy of the approved authorization must be attached to your pro bono voucher.

1

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF NEW YORK

## Pro Bono Expense Voucher

**Attorney(s) Name:** T. Andrew Brown, Esq. & Kimberly J. Campbell, Esq.

**Law Firm Name:** BrownHutchinson LLP

**Mailing Address of Law Firm:** 925 Crossroads Bldg., 2 State Street

**City/State/Zip:** Rochester, NY 14614

I hereby request payment be made for Pro Bono services performed in:

**Case Number:** 5:16 - CV - 0601

**Party Represented:** Willie Morris

**Dates of Service:** From: 7/13/2020    To: 12/10/2021

*Rates Effective October 2021 through September 2022*
See mileage rates for Northern District of New York

| GSA PER DIEM RATES: (Recommended) | Lodging | Meals |
|---|---|---|
| Syracuse | $101 | $64 |
| Albany | $114 | $69 |
| Utica | $96 | $59 |
| Binghamton | $101 | $64 |
| Plattsburgh | $96 | $59 |

*Only actual expenses may be claimed

**GRAND TOTAL VOUCHER AMOUNT**

$ 5,199.86  5,043.79

Finance Audit ___ML___    Date: 4/24/2022

I certify that I rendered the services described herein, that said services are fair and reasonable and payment is requested from the Northern District of New York's Pro Bono Fund. I further understand that absent prior approval of the Court, cumulative expenses in this matter will not exceed $2,000.00.

Attorney Signature: _____    Date: _____

*Must provide receipts if your expenses include airfare, lodging, rental car and expenses $50.00 and over.

*Please submit your voucher via ECF using "Motion for Disbursement of Funds" event.

*If you have an expense over $500.00, travel expenses or your voucher exceeds $2,000.00, please fill out the attached Authorization Request Form.

2

## Pro Bono Travel Expenses

*Receipts required for lodging, airfare, rental cars and any meal $50.00 and over*

*Reimbursement for meals and lodging expenses may be claimed only on an actual expense (itemized) basis, up to the applicable GSA per diem allowance for the date and location of travel. (See Rates table on page 1)

Attorney(s): __T. Andrew Brown, Esq and Kimberly J. Campbell, Esq.__

| DATE | EXPENSE TYPE | TO/FROM | OTHER EXPENSE AMOUNT | MILEAGE | MILEAGE RATE .585 (EFFECTIVE 1/1/22) | TOTAL |
|---|---|---|---|---|---|---|
| 10/17/21 | Privately Owned Vehicle | Hogansburg | | 514 | .56 | $ 287.84 |
| 10/17/21 | | EzPass | $ 24.32 | | | $ 24.32 |
| 10/17/21 | Lodging | Near Bare Hill CF | $ 151.00 | | | $ 151.00 |
| 12/5/21 | | Rochester to Albany | | 453.6 | .56 | $ 254.02 |
| 12/5/21 | | EzPass | $ 24.32 | | | $ 24.32 |
| 12/5/21 | Lodging | KJC Hilton Hotel 5-10 | $ 945.88 | | | $ 945.88 |
| 12/5/21 | Lodging | TAB Hotel 5-10 | $ 1,117.22 | | | $ 1,117.22 |
| 12/6/21 | Meals: Breakfast | Stacks Espesso | $ 2.49 | | | $ 2.49 |
| 12/6/21 | Meals: Lunch | Stacks Espesso | $ 17.61 | | | $ 17.61 |
| 12/9/21 | Meals: Dinner | Hilton Hotel | $ 34.08 | | | $ 34.08 |
| | | | | | | $ 0.00 |
| | | | | | | $ 0.00 |
| | | | | | | $ 0.00 |
| | | | | | | $ 0.00 |
| | | | | | | $ 0.00 |
| | | | | | | $ 0.00 |
| | | | | | | $ 0.00 |
| | | | | | TOTAL: | $ 2,858.78 |

*Any expense other than privately owned vehicle, please enter in OTHER EXPENSE AMOUNT.

3

## Pro Bono Other Expenses

*Any expenses in excess of $500.00 should receive the Court's prior approval. Please see guidelines for further details.

Attorney(s):   T. Andrew Brown, Esq and Kimberly J. Campbell, Esq.

| DATE | EXPENSE TYPE | NOTES/PURPOSE | TOTAL EXPENSE AMOUNT |
|---|---|---|---|
| 7/13/20 | Albany Surrogate's Court re death of defendant | | $ 30.00 |
| 8/10/20 | File motions All New York Process Servers re: Death of defendant. | | $ 304.40 |
| 11/19/20 | Copy of 2013 Trial Transcript - Albany County Clerk | | $ 465.90 |
| 9/7/21 | FOIL Request - City of Albany | | $ 3.20 |
| 11/5/21 | Transcripts fron Amy Mackenzie Total cost 383.40 | less opposing counsel 50% | $ 191.70 |
| 11/9/21 | Trial Transcript Albany Supreme Court from 8/8/2013 | $1,655.50 less OC 50% | $ 827.75 |
| 11/11/21 | Printing cost 1812 b&w pages @.06 | in house | $ 108.72 |
| 11/16/21 | BH Payment for witness fees (5) $40.00 each | | $ 200.00 |
| 11/16/21 | Postage | | $ 13.33 |
| 12/3/20 | Exhibits - printing 3 color posters, Patrick Printing | | $ 136.08 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | TOTAL: | $ 2,281.08 |

4

Brown Hutchinson LLP
925 Crossroads Building
Two State Street
Rochester, NY 14614


Invoice submitted to:
Clerk of Court
United States District Court, Northern
District of New York
James T. Foley U.S. Courthouse,
Suite 509
445 Broadway
Albany, NY 12207


January 13, 2022
In Reference To: Re: Morris, Willie
Court Assigned, Pro Bono
Police Action

### Additional Charges :

| | | Qty/Price | Amount |
|---|---|---|---|
| 7/13/2020 | Albany Surrogate's Court re death of defendant | 1<br>30.00 | 30.00 |
| 8/10/2020 | File Motions - All New York Process Servers re death of defendant | 1<br>304.40 | 304.40 |
| 11/19/2020 | Copy of 2013 Trial Transcript - Albany County Clerk | 1<br>465.90 | 465.90 |
| 9/7/2021 | FOIL Request - City of Albany | 1<br>3.20 | 3.20 |
| 10/17/2021 | Hotel Expense - Akwesasne Mohawk Hotel located near Barehill Correctional Facility 10/17 -10/18/2021 | 1<br>151.00 | 151.00 |
| | Travel - Round Trip Rochester to Hogansburg, NY<br>514 miles@.56 +287.84 and<br>Travel Expense E-ZPass $12.16 x 2 = 24.32 | 1<br>312.16 | 312.16 |
| 11/5/2021 | Transcripts from Amy E. Mackenzie - Total Transcript cost $383.40 less opposing counsel's 50% of cost. | 1<br>191.70 | 191.70 |
| 11/9/2021 | Trial Transcript, Albany Supreme Court from Aug 8, Sept 20, Oct 1 and 2 2013 - Cindy Affinati.  Total Transcript Cost $1,655.50 less opposing counsel's 50% of cost. | 1<br>827.75 | 827.75 |
| 11/11/2021 | Printing Cost - 1812 black and white pages @.06 per page | 1<br>108.72 | 108.72 |

Clerk of Court

| Date | Description | Qty/Price | Amount |
|------|-------------|-----------|--------|
| 11/16/2021 | BH Payment for witness fees (5) $40.00 each for Steward J., Kohen, B. Kuhn, D., Willey, J., Kisling, B. | 1<br>200.00 | 200.00 |
| | Postage | 1<br>13.33 | 13.33 |
| 12/3/2021 | Exhibits - Printing, 3 color posters, Patrick Printing | 1<br>136.08 | 136.08 |
| 12/5/2021 | Travel - Round trip Rochester to Albany, NY<br>453.60 miles x .56 = 253.96 and<br>E-ZPass 12.16 x 2 =24.32 | 1<br>278.34 | 278.34 |
| | Lodging expense KJC - Hilton Hotel 12/5 - 12/10 | 1<br>945.88 | 945.88 |
| | Lodging expense TAB- Hilton Hotel 12/5 - 12/10 | 1<br>1,117.22 | 1,117.22 |
| 12/6/2021 | Dining expense - Stacks Espresso Bar | 1<br>2.49 | 2.49 |
| | Dining expense - Stacks Espresso Bar | 1<br>17.61 | 17.61 |
| 12/9/2021 | Dining, Hilton Hotel | 1<br>34.08 | 34.08 |

| | | | |
|------|-------------|-----------|--------|
| Total costs | | | $5,139.86 |



**CASINO RESORT**
BINGO • HOTEL • SPA

873 State Route 37
Hogansburg, NY 13655
www.mohawkcasino.com

Guest Name:  Andrew Brown
315 highland ave
Rochester, NY  14620    USA

Room #:  428
Folio #:  RAMC62E4A - 1
Group #:
Guests:  1
Clerk:  HTALICED

Arrive: 10/17/21        Time:   15:41        Depart:  10/18/21        Time:  09:29        Status:  HIST

| Date | Description | Reference | Comment | Charges | Credits |
|------|-------------|-----------|---------|---------|---------|
| 10/17/2021 | ROOM CHARGE | 428 | ROOM CHARGE - | $139.00 | $0.00 |
| 10/17/2021 | OCCUPANCY FEE | 428t | OCCUPANCY FEE - OCCUPANCY FEE | $12.00 | $0.00 |
| 10/18/2021 | PAY VISA | Ck Out 09:29 | PAY VISA - ************2360 | $0.00 | ($151.00) |

Folio Balance:        $0.00

Signature: _____

96
59

96 · 00  ÷
59 · 00  ÷
002
155 · 00  ≈

155 · 00  x
2 · 00  =
310 · 00  *

September 7, 2021

**FOIL REQUEST**

City of Albany
Attn.: Police/Personnel Records
24 Eagle Street
Albany, NY  12207

      Re:   **Willie Morris v. Jason Martin, Police Officer, Jason Seward, Police Officer,
             and Steve Krokoff, Chief of Police
             Case No.:     5:16-cv-601 (NAM/TWD)**

Dear Sir or Madam:

      Enclosed please find a check in the amount of $3.20 together with your letter/invoice of
August 25, 2021.

      Thank you for your attention to this matter.

                    Very truly yours,

                    Marcia A. Allen
                    Senior Paralegal

Enclosures

*Receipt for
Willie Maris
BS/SB*

**State of New York**
**Albany County Surrogate's Court**
**Albany County Courthouse**
**16 Eagle Street, Rm. 123**
**Albany, NY 12207**
**(518)285-8585**

Receipt# 50864
July 13, 2020 01:43 PM

RE: FileName - Jason A Martin
File # 2018-623

|  | *** FEES OWED *** |  |
|---|---|---|
| 1 Search Under 25 Years |  | $30.00 |
|  | *** PAYMENTS *** |  |
| Check# 14253 |  | $30.00 |
|  | *** TOTALS *** |  |
| Total Due |  | $30.00 |
| Total Tendered |  | $30.00 |

Received of: Brown & Hutchinson

Comment:

Operator  kbonacqu

JUL 1 3 2020

**BrownHutchinson LLP**
Attorneys at Law

925 Crossroads Building | Two State Street | Rochester, New York 14614
t: 585.454.5050  f: 585.454.5066

October 30, 2020

Mickayla Shear, Clerk 1
Albany County Clerk
16 Eagle St., Room 128
Albany, NY  12207

Re:   **Willie Morris v. Jason Martin, Police Officer, et al**
      **Case No.:  5:16-cv-601 (NAM/TWD)**

Dear Ms. Shear:

Enclosed is our firm's draft in the amount of $465.90.  We are requesting copies of all of the transcripts in the *People v. Willie Morris* case, Index No. da547-13.  Attached is a highlighted list of all of the transcripts we are requesting.

Thank you.  If you have any questions, please feel free to contact me.

Very truly yours,

Susan M. Bell
Sr. Paralegal

/sb



**Bruce A. Hidley**
**Albany County Clerk**
County Courthouse, Room 128
16 Eagle Street
Albany, NY 12207-1077
Phone: (518) 487-5100  Fax: (518) 487-5099
Email: www.albanycounty.com/clerk

*Receipt*

Receipt Date: 11/19/2020 10:26:04 AM
RECEIPT # 20200418026

Recording Clerk: MSHEAR
Cash Drawer: COURT
Rec'd Frm: BELL SUSAN

COPY REQUEST DA 547-13

Misc Fees
COPY CHARGES                    $465.90

Receipt Summary
TOTAL RECEIPT:  ---->           $465.90
TOTAL RECEIVED: ---->           $465.90

CASH BACK:      ---->            $0.00

PAYMENTS
check # 14318 ->                $465.90
BROWN & HUTCHINSON OPERATING ACCOUNT

# BrownHutchinson LLP
### Attorneys at Law

## CLIENT EXPENSE RECIEPT

**Case Name:** *Willie Morris*

**Date:** 10/17/2021

**Brown Hutchinson Attorney:** *TAB*

**Task or Item:** *Travel*

**Reason for travel:** *Round Trip to Hogansburg, New York for client visit*

**Milage if applicable:** *514*

**Toll/Tolls:** *E-ZPass: $12.16 x 2 = $24.32*

**Totals:** *$312.16*

---

*Office Use Only*

**Amount:** *$312.16*

**Payee:** *T. Andrew Brown*

*Please return to TAB for approval. Thank you.*

AMY E. MACKENZIE
Albany County Courthouse
16 Eagle Street
Room 410
Albany, NY 12207
518/285-8974

Tax Identification 45-5140863

November 5, 2021

Kimberly J. Campbell, Esq.
Brown Hutchinson, LLP
925 Crossroads Building
Two State Street
Rochester, NY 14614

------------------------------------------------------------

In the matter of THE PEOPLE OF THE STATE OF NEW YORK against
WILLIE MORRIS.

Transcript Fees:

Suppression Hearings -  5/10/13 - 66 pages at $5.40 - $356.40
Dismissal            - 12/12/13 -  5 pages at $5.40 - $ 27.00
                                       Total     $383.40 /2

($5.40 per page is the rate for expedited delivery.)    191.70

Thank You.



(Amy E. MacKenzie, Official Court Reporter)

# BrownHutchinson LLP
### Attorneys at Law

## CLIENT EXPENSE RECIEPT

## Printing Fee

**Case Name: Willie Morris**

**Date: November 11, 2021**

**Brown Hutchinson Attorney: T. Andrew Brown**
- black and white single side printing costs $0.06 per page
- color single side printing costs $0.13 per page

**Number of Black & White Pages: 906**

**Number of Color Pages: 0**

**Total Amount Due: $54.36**

**Make checks payable to:**

> Brown Hutchinson LLP
> 925 Crossroads Building
> 2 State Street
> Rochester, New York 14614

*Please return to TAB for approval. Thank you.*

**Patrick Printing**
16 East Main Street, Suite 22
Rochester, NY 14614
USA

# INVOICE

Invoice Number: 25391
Invoice Date: Dec 3, 2021
Page: 1

Voice: 585-232-1500
Fax: 585-232-5960

| Bill To: | Ship to: |
|---|---|
| Brown & Hutchinson<br>2 State Street, suite 925<br>Accounts Payable<br>Rochester, NY 14614<br>USA | Brown & Hutchinson<br>2 State Street, suite 925<br>Accounts Payable<br>Rochester, NY 14614<br>USA |

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| 71 | Morris | Net 30 Days | |
| Sales Rep ID | Shipping Method | Ship Date | Due Date |
| House | Cust. Pickup | | 1/2/22 |

| Quantity | Item | Description | Unit Price | Amount |
|---|---|---|---|---|
| 3.00 | | 24x36 color poster | 42.00 | 126.00 |

| | | |
|---|---|---|
| Subtotal | | 126.00 |
| Sales Tax | | 10.08 |
| Total Invoice Amount | | 136.08 |
| Payment/Credit Applied | | |
| TOTAL | | 136.08 |

Check/Credit Memo No:

**Patrick Printing**
16 East Main Street, Suite 22
Rochester, NY  14614
USA

Voice:  585-232-1500
Fax:    585-232-5960

# STATEMENT

Statement Date:        Jan 31, 2022
Customer Account ID:  71

To:

Brown & Hutchinson
2 State Street, suite 925
Accounts Payable
Rochester, NY  14614
USA

| Date | Due Date |
|------|----------|
| 12/3/21 | 1/2/22 |
| 1/24/22 | 2/23/22 |

| | TOTAL | 165.24 |

| 0-30 | 31-60 | 61-90 | Over 90 days |
|------|-------|-------|--------------|
| 165.24 | 0.00 | 0.00 | 0.00 |

You may have forgotten this bill. Thanks for your attention.

---

BROWN & HUTCHINSON
OPERATING ACCOUNT
2 STATE ST.
925 CROSSROADS BLDG
ROCHESTER, NY  14614

1193

10-4
220
1212

DATE Feb 7, 2022

$ 165.24

PAY TO THE
ORDER OF  Patrick Printing

One Hundred & Sixty Five Dollars 24/100   DOLLARS

M&T Bank

MEMO  04 25391 & 25525

⑈022000046⑈

**Patrick Printing**
16 East Main Street, Suite 22
Rochester, NY  14614
USA

Voice:   585-232-1500
Fax:     585-232-5960

# STATEMENT

Statement Date:        Jan 31, 2022

Customer Account ID:  71

To:

Brown & Hutchinson
2 State Street, suite 925
Accounts Payable
Rochester, NY  14614
USA



| Date | Due Date | | | | | | | |
|------|----------|--|--|--|--|--|--|--|
| 12/3/21 | 1/2/22 | | | | | | | |
| 1/24/22 | 2/23/22 | | | | | | | |

| | | | | | | | TOTAL | 165.24 |

| 0-30 | 31-60 | 61-90 | Over 90 days |
|------|-------|-------|--------------|
| 165.24 | 0.00 | 0.00 | 0.00 |

You may have forgotten this bill. Thanks for your attention.

**BROWN & HUTCHINSON**
**OPERATING ACCOUNT**
2 STATE ST.
925 CROSSROADS BLDG
ROCHESTER, NY 14614

$\frac{10\text{-}4}{220}$ 1212

1193

DATE _Feb 7, 2022_

PAY TO THE ORDER OF _Patrick Printing_          $ _165.24_

_One Hundred & Sixty Five Dollars_ 24/100 DOLLARS

**M&T** Bank

MEMO _ref 25391 & 25525_

⑈022000046⑈   986533⑈2119⑈ 1193

---

02/22/2022 14:55 GONZALY 426969032657  KeyBank NA >021300077

ENDORSE HERE

Pay to the order of
Key Bank
For Deposit Only
Patrick Printing

## Patrick Printing
16 East Main Street, Suite 22
Rochester, NY 14614
USA

# INVOICE

| | |
|---|---|
| Invoice Number: | 25391 |
| Invoice Date: | Dec 3, 2021 |
| Page: | 1 |

Voice: 585-232-1500
Fax: 585-232-5960

**Bill To:**
Brown & Hutchinson
2 State Street, suite 925
Accounts Payable
Rochester, NY 14614
USA

**Ship to:**
Brown & Hutchinson
2 State Street, suite 925
Accounts Payable
Rochester, NY 14614
USA

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| 71 | Morris | Net 30 Days | |
| Sales Rep ID | Shipping Method | Ship Date | Due Date |
| House | Cust. Pickup | | 1/2/22 |

| Quantity | Item | Description | Unit Price | Amount |
|---|---|---|---|---|
| 3.00 | | 24x36 color poster | 42.00 | 126.00 |

| | |
|---|---|
| Subtotal | 126.00 |
| Sales Tax | 10.08 |
| Total Invoice Amount | 136.08 |
| Payment/Credit Applied | |
| **TOTAL** | **136.08** |

Check/Credit Memo No:



**Stacks Espresso Bar**

**How was your experience?**



$17.61

| | |
|---|---|
| Cup of Soup du Jour | $4.75 |
| Soup of the day | |
| Drip Coffee (Small) | $2.31 |
| + none | |
| Cup of Soup du Jour | $4.75 |
| Soup of the day | |
| Savory Pastries (Margheritta) | $4.50 |

| | |
|---|---|
| Purchase Subtotal | $16.31 |
| NY State Sales Tax (8%) | $1.30 |

| | |
|---|---|
| Total | $17.61 |





**Stacks Espresso Bar**
**488 Broadway**
**Albany, NY 12207**

Visa 5022 (Contactless)                Dec 6

T BROWN

2021 at
12:45
PM
#zRMC
Auth
code:
05744G

AID: A0000000031010
No CVM

Receipt Settings

Not your receipt?
Manage preferences

© 2021 Square, Inc. Privacy Policy
1455 Market Street, Suite 600
San Francisco, CA 94103

Map data © OpenStreetMap contributors
© Mapbox Improve this map



Stacks Espresso Bar

How was your experience?



$2.49

| | |
|---|---|
| Drip Coffee (Small) | $2.31 |
| + none | |

| | |
|---|---|
| Purchase Subtotal | $2.31 |
| NY State Sales Tax (8%) | $0.18 |

| | |
|---|---|
| Total | $2.49 |
| Cash | $20.00 |

| | |
|---|---|
| Change | $17.51 |

  

Stacks Espresso Bar
488 Broadway
Albany, NY 12207

| | |
|---|---|
| Cash | Dec 6 |
| | 2021 |

at 1:06
PM
#jhWB



Receipt Settings

Manage preferences

© 2021 Square, Inc. Privacy Policy
1455 Market Street, Suite 600
San Francisco, CA 94103

© Mapbox © OpenStreetMap Improve this map

# ALL NEW YORK PROCESS SERVERS

1 South Washington St. Suite 410, Rochester, NY 14614

81-0836104

Phone 585-423-9347 -- FAX 585-546-3179

OB/SB

PP

AUG 1 0 2020

Invoice Date: 8/7/2020

Invoice #: 92313

Attn: SUE BELL

BROWN HUTCHINSON LLP

925 CROSSROADS BUILDING

2 STATE STREET

ROCHESTER, NY 14614

**TOTAL INVOICE AMOUNT DUE**

**$304.40**

---

Job #: 92313    Your #:
Plaintiff: WILLIE MORRIS
Defendant: JASON MARTIN, POLICE OFFICER,
Case Number 5:16-cv-601
Documents: NOTICE OF MOTION FOR SUBSTITUTION OF PARTIES ,

Recipient:
RAMONA L. MARTIN

Person Served:
RAMONA L. MARTIN
476 NEW SCOTLAND AVE, ALBANY, NY 12208

Date Received:
7/28/2020

Completed:
7/29/2020

| Description | Qty | Fee | Total Fee |
|---|---|---|---|
| Service - Albany County | 1 | $85.00 | $85.00 |
| Rush Service | 1 | $60.00 | $60.00 |
| Copies - In House | 36 | $0.20 | $7.20 |

Job Total Due = $152.20

---

Job #: 92314    Your #:
Plaintiff: WILLIE MORRIS
Defendant: JASON MARTIN, POLICE OFFICER,
Case Number 5:16-cv-601
Documents: NOTICE OF MOTION FOR SUBSTITUTION OF PARTIES ,

Recipient:
JOSEPH A. GRANICH, ESQ.

Person Served:
JOSEPH A. GRANICH, ESQ.
THE GRANICH LAW FIRM PLLC 21 COLVIN AVE., ALBANY,

Date Received:
7/28/2020

Completed:
7/29/2020

| Description | Qty | Fee | Total Fee |
|---|---|---|---|
| Service - Albany County | 1 | $85.00 | $85.00 |
| Rush Service | 1 | $60.00 | $60.00 |
| Copies - In House | 36 | $0.20 | $7.20 |

Job Total Due = $152.20

---

**TOTAL INVOICE CHARGES:** $304.40

**TOTAL INVOICE PAYMENTS:**

**TOTAL INVOICE AMOUNT DUE:** $304.40

Page 1

# ALL NEW YORK PROCESS SERVERS

1 South Washington St. Suite 410, Rochester, NY 14614          Phone 585-423-9347 — FAX 585-546-3179
81-0836104

# PAID

Invoice Date: 8/7/2020
Invoice #: 92313

Attn: SUE BELL

BROWN HUTCHINSON LLP
925 CROSSROADS BUILDING
2 STATE STREET
ROCHESTER, NY 14614

**TOTAL INVOICE AMOUNT DUE**

**$0.00**

- - - - - - -                                                                                        - - - - - -

---

Job #:  92313        Your #:
Plaintiff:  WILLIE MORRIS
Defendant:  JASON MARTIN, POLICE OFFICER,
Case Number 5:16-cv-601
Documents: NOTICE OF MOTION FOR SUBSTITUTION OF

Recipient:
RAMONA L. MARTIN
Person Served:
RAMONA L. MARTIN
476 NEW SCOTLAND AVE, ALBANY, NY 12208

Date Received:
7/28/2020
Completed:
7/29/2020

| Description | Qty | Fee | Total Fee |
|---|---|---|---|
| Service - Albany County | 1 | $85.00 | $85.00 |
| Rush Service | 1 | $60.00 | $60.00 |
| Copies - In House | 36 | $0.20 | $7.20 |

Job Total Due =  $0.00

11/6/2020        Payment Check #    14320                            $-152.20

Job Total Recd =  -$152.20

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Job #:  92314        Your #:
Plaintiff:  WILLIE MORRIS
Defendant:  JASON MARTIN, POLICE OFFICER,
Case Number 5:16-cv-601
Documents: NOTICE OF MOTION FOR SUBSTITUTION OF

Recipient:
JOSEPH A. GRANICH, ESQ.
Person Served:
JOSEPH A. GRANICH, ESQ.
THE GRANICH LAW FIRM PLLC 21 COLVIN AVE.,

Date Received:
7/28/2020
Completed:
7/29/2020

| Description | Qty | Fee | Total Fee |
|---|---|---|---|
| Service - Albany County | 1 | $85.00 | $85.00 |
| Rush Service | 1 | $60.00 | $60.00 |
| Copies - In House | 36 | $0.20 | $7.20 |

Job Total Due =  $0.00

11/6/2020        Payment Check #    14320                            $-152.20

Job Total Recd =  -$152.20

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Page 1

# ALL NEW YORK PROCESS SERVERS

1 South Washington St. Suite 410, Rochester, NY 14614          Phone 585-423-9347 — FAX 585-546-3179
81-0836104
Invoice For: BROWN HUTCHINSON LLP

| | |
|---|---|
| **TOTAL INVOICE CHARGES:** | **$304.40** |
| **TOTAL INVOICE PAYMENTS:** | **-$304.40** |
| **TOTAL INVOICE AMOUNT DUE:** | **$0.00** |

<u>I N V O I C E</u>

Cindy Affinati
5707 East 32nd Street, Lot 910
Country Roads RV Park
Yuma, AZ 85365
(518) 285-8973

November 9, 2021

Marcia Allen
Brown Huntchinson, LLP
925 Crossroads Building
Two State Street
Rochester, New York  14614

Re:  People vs. Willie Morris
--------------------------------------------------------------
Providing transcript of Jury Trial taken on August 8,
September 30, October 1 and 2, 2013, held in Albany
Supreme Court before Honorable Roger McDonough

385 pages @ $4.40 per page = $1655.50

half  827.75

PAID IN FULL

Tax ID No. 067521375

BROWN & HUTCHINSON
OPERATING ACCOUNT
2 STATE ST.
925 CROSSROADS BLDG
ROCHESTER, NY 14614

10-4 / 220 1212

1157

DATE Nov 19, 2021

PAY TO THE
ORDER OF Brian Kisling                    $ 40.00

Fourty Dollars 00/100                              DOLLARS

M&T Bank

MEMO Witness Fee - Willie Morris

⑈1157

**BROWN & HUTCHINSON**
**OPERATING ACCOUNT**
2 STATE ST.
925 CROSSROADS BLDG
ROCHESTER, NY 14614

10-4 1212
220

1155

DATE Nov 19, 2021

PAY TO THE
ORDER OF Danielle Kuhn                    $ 40.00

Fourty Dollars ∞/100 _____ DOLLARS

**M&T Bank**

MEMO Witness fee - Willie Morris

1155

**BROWN & HUTCHINSON**
**OPERATING ACCOUNT**
2 STATE ST.
925 CROSSROADS BLDG
ROCHESTER, NY 14614

10-4
230 1212

1153

DATE November 19, 2021

PAY TO THE
ORDER OF Jason Steward                    $ 40.00

Fourty Dollars 00/100                    DOLLARS

M&T Bank

MEMO witness Fee - Willie Morris

1153

**BROWN & HUTCHINSON**
**OPERATING ACCOUNT**
2 STATE ST.
925 CROSSROADS BLDG
ROCHESTER, NY 14614

10-4/220 1212

1154

DATE 11-19-2021

PAY TO THE ORDER OF Bart Kohen $ 40.00

Fourty Dollars 00/100 DOLLARS

M&T Bank

MEMO Witness fee - Willy Morris

⑆1154⑆

**BrownHutchinson LLP**
Attorneys at Law

## CLIENT EXPENSE RECIEPT

**Case Name:** *Willie Morris*

**Date:** 12/5/2021

**Brown Hutchinson Attorney:** *TAB/KJC*

**Task or Item:** *Travel*

**Reason for travel:** *Round Trip to Albany for Trial*

**Milage if applicable:** *453.60*

**Toll/Tolls:** *E-ZPass: $12.16 x 2 = $24.32*

**Totals: $278.34**

_____

*Office Use Only*

**Amount:** *$278.34*

**Payee:** *TAB/KJC*

*Please return to TAB for approval. Thank you.*

# Sessions

Check #: 283548/1

Table #:2694    Server: 61    Covers:0
12/9/2021    7:52:53 PM

| | | |
|---|---|---|
| 1 | Potato Skins | 12.00 |
| | Food Sub-Total | 12.00 |
| 1 | Josh Cellars Sauvignon | 14.00 |
| | Beverage Sub-Total | 14.00 |

SUB TOTAL    26.00
Sales Tax     2.08

## TOTAL $    28.08

14.00
1.12
15.12

Room #_____

Tip  _____

Total  _____

Printed Name_____

Signature ___ ___

## THANK YOU!
## Elaine

For Your Convenience
18% 4.68
20% 5.20

ALBANY HILTON
40 Lodge St
Albany NY 12207
518.462.6611
www.hiltonalbany.com

---

HILTON HOTEL ALBANY NY
40 LODGE STREET
ALBANY, NY 12207
518 462 6611

Merchant ID: 619905716
Term ID: 0001
Server ID: 61

## Sale

Application Label: US DEBIT
VISA
XXXXXXXXXXXX1458
AID: A0000000980840
Authorizing Network:VISA
Entry Method: Chip Read
Apprvd: Online           Batch#: 000003
12/09/21                    20:08:37

Inv#: 00000016        Appr Code: 097034

Amount:    $    28.08
Tip:                6.00
Total:            34.08
                 (15.12)
                 18.96

I agree to pay above total amount
according to card issuer agreement
(Merchant agreement if credit voucher)

X _____

CARDHOLDER ID REMAINS 1

Merchant Copy

PIN Bypassed

THANK YOU

_KJC_ (handwritten)

**40 LODGE STREET**
Albany, NY  12207
TELEPHONE 518-462-6611  • FAX 518-462-8192

BROWN, THOMAS ANDREW

925 CROSSROADS BUILDING
2 STATE STREET
ROCHESTER NY  14614
UNITED STATES OF AMERICA

1225/K1
12/5/2021  7:04:00 PM
12/10/2021

2/0
150.00

Rate Plan:          HPPRP1
HH #                721823489 GOLD
AL:
Car:

Confirmation Number: 3215669758

12/10/2021

| Date | Description | Name | Ref | Amount |
|------|-------------|------|-----|--------|
| 12/5/2021 | PARKING | PADRIANO | 2713391 | $20.00 |
| 12/5/2021 | GUEST ROOM | PADRIANO | 2713392 | $150.00 |
| 12/5/2021 | OCC TX | PADRIANO | 2713392 | $9.00 |
| 12/5/2021 | RM STATE TAXES | PADRIANO | 2713392 | $12.00 |
| 12/6/2021 | PARKING | RABR | 2713666 | $20.00 |
| 12/6/2021 | GUEST ROOM | RABR | 2713667 | $148.00 |
| 12/6/2021 | OCC TX | RABR | 2713667 | $8.88 |
| 12/6/2021 | RM STATE TAXES | RABR | 2713667 | $11.84 |
| 12/7/2021 | PARKING | RABR | 2714186 | $20.00 |
| 12/7/2021 | GUEST ROOM | RABR | 2714187 | $148.00 |
| 12/7/2021 | OCC TX | RABR | 2714187 | $8.88 |
| 12/7/2021 | RM STATE TAXES | RABR | 2714187 | $11.84 |
| 12/8/2021 | PARKING | PADRIANO | 2714613 | $20.00 |
| 12/8/2021 | GUEST ROOM | PADRIANO | 2714614 | $148.00 |
| 12/8/2021 | OCC TX | PADRIANO | 2714614 | $8.88 |
| 12/8/2021 | RM STATE TAXES | PADRIANO | 2714614 | $11.84 |
| 12/9/2021 | PARKING | PADRIANO | 2715062 | $20.00 |
| 12/9/2021 | GUEST ROOM | PADRIANO | 2715063 | $148.00 |
| 12/9/2021 | OCC TX | PADRIANO | 2715063 | $8.88 |
| 12/9/2021 | RM STATE TAXES | PADRIANO | 2715063 | $11.84 |
| 12/10/2021 | AX *1007 | TIMILLER3 | 2715272 | ($945.88) |
|  | **BALANCE** |  |  | $0.00 |

(handwritten annotations)
171  12/5/21
168.72  12/6/21
168.72  12/7/21
168.72  12/8/21
168.72  12/9/21 last day of trial

(handwritten calculation)
114·00  +
 69·00  ÷
185·00
183·00
  2·00  =
366·00

114
69

002

812145 A

-945.88

40 LODGE STREET
Albany, NY 12207
TELEPHONE 518-462-6611 • FAX 518-462-8192

BROWN, THOMAS ANDREW

925 CROSSROADS BUILDING
2 STATE STREET
ROCHESTER NY 14614
UNITED STATES OF AMERICA

1225/K1
12/6/2021  7:04:00 PM
12/10/2021

2/0
150.00

Rate Plan:        HPPRP1
HH #              721823489 GOLD
AL:
Car:

Confirmation Number: 3215669758

12/10/2021

Hilton Honors(R) stays are posted within 72 hours of checkout. To check your earnings or book your next stay at more than 6,500+
hotels and resorts in 119 countries, please visit Honors.com

Thank you for choosing Hilton. You'll get more when you book directly with us - more destinations, more points, and more value. Book
your next stay at hilton.com.

812145 A

-945.88

# BrownHutchinson LLP
Attorneys at Law

## CLIENT EXPENSE RECIEPT

**Postage Expense:**

**Certified Return Receipt Requested:**

**TO:  United States District Court Northern District of New York**

**Case Name:  Willie Morris  v  Albany Police Department**

**Date: 12/16/2021**

**Brown Hutchinson Attorneys: T. Andrew Brown, Esq. , Kimberly Campbell, Esq.**

**Total Amount Due: $ 13.33  Postage**

**Make checks payable to:**

Brown Hutchinson LLP
925 Crossroads Building
2 State Street
Rochester, New York 14614

*Please return to TAB for approval. Thank you.*

40 LODGE STREET
Albany, NY  12207
TELEPHONE 518-462-6611   • FAX 518-462-8192

T7...

BROWN, THOMAS ANDREW

925 CROSSROADS BUILDING
2 STATE STREET
ROCHESTER NY 14614
UNITED STATES OF AMERICA

1426/K1E
12/5/2021  7:04:00 PM
12/10/2021

1/0
170.00

Rate Plan:        HPPRP1
HH #              721823489 GOLD
AL:
Car:

Confirmation Number: 3215669758

12/10/2021

$ Per request of attorney reducing
session (hotel dinners) by 50%

| Date | Description | Name | Number | Amount | |
|---|---|---|---|---|---|
| 12/5/2021 | *SESSIONS | LINTR | 2713279 | $53.36 | /2  $26.68 |
| 12/5/2021 | GUEST ROOM | PADRIANO | 2713410 | $170.00 | 193.80  12/5/21 |
| 12/5/2021 | OCC TX | PADRIANO | 2713410 | $10.20 | |
| 12/5/2021 | RM STATE TAXES | PADRIANO | 2713410 | $13.60 | |
| 12/6/2021 | *SESSIONS | LINTR | 2713568 | $50.78 | /2  $25.39 |
| 12/6/2021 | GUEST ROOM | RABR | 2713713 | $167.00 | 190.38  12/6/21 |
| 12/6/2021 | OCC TX | RABR | 2713713 | $10.02 | |
| 12/6/2021 | RM STATE TAXES | RABR | 2713713 | $13.36 | |
| 12/7/2021 | GUEST ROOM | RABR | 2714237 | $167.00 | 190.38  12/7/21 |
| 12/7/2021 | OCC TX | RABR | 2714237 | $10.02 | |
| 12/7/2021 | RM STATE TAXES | RABR | 2714237 | $13.36 | |
| 12/8/2021 | *SESSIONS | LINTR | 2714461 | $57.76 | /2  $28.88 |
| 12/8/2021 | GUEST ROOM | PADRIANO | 2714661 | $167.00 | 190.38  12/8/21 |
| 12/8/2021 | OCC.TX | PADRIANO | 2714661 | $10.02 | |
| 12/8/2021 | RM STATE TAXES | PADRIANO | 2714661 | $13.36 | |
| 12/9/2021 | GUEST ROOM | PADRIANO | 2715112 | $167.00 | 190.38  12/9/21 |
| 12/9/2021 | OCC TX | PADRIANO | 2715112 | $10.02 | |
| 12/9/2021 | RM STATE TAXES | PADRIANO | 2715112 | $13.36 | |
| 12/10/2021 | AX *1007 | TIMILLER3 | 2715271 | ($1,117.22) | |
| | **BALANCE** | | | $0.00 | |

Hilton Honors(R) stays are posted within 72 hours of checkout. To check your earnings or book your next stay at more than 6,500+ hotels and resorts in 119 countries, please visit Honors.com

26·68
193·80
25·39
190·38
190·38
28·88
190·38
190·38

114
69

008

1·036·27

812144 A

-1,117.22

40 LODGE STREET
Albany, NY  12207
TELEPHONE 518-462-6611   • FAX 518-462-8192

BROWN, THOMAS ANDREW

925 CROSSROADS BUILDING
2 STATE STREET
ROCHESTER NY  14614
UNITED STATES OF AMERICA

1426/K1E
12/5/2021  7:04:00 PM
12/10/2021

1/0
170.00

Rate Plan:
HH #
AL:
Car:

HPPRP1
721823489 GOLD

Confirmation Number: 3215669758

12/10/2021

Thank you for choosing Hilton. You'll get more when you book directly with us - more destinations, more points, and more value. Book your next stay at hilton.com.

812144 A

-1,117.22